IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**

                                          CIVIL NO. 13-9 KBM/LFG

**2005 Chevrolet S-10-COLORADO TRUCK**
**VIN: 1GCDS136058252048,**

    Defendant

*and*

**VIRGINIA GAMEZ-FERNANDEZ,**

    Claimant.

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Steven L. Almanza, by and through counsel of record Jared Abrams, and respectfully submits his response to the Court's Order to Show Cause.

    1.    Undersigned counsel has entered a limited appearance in this matter for the sole purpose of representing Steven L. Almanza in regards to the Court's Order to Show Cause. Undersigned counsel's Limited Entry of Appearance was filed on the same day as this pleading.

    2.    A Rule 16 Status Conference was scheduled in this matter for April 16, 2013 at 3:00 p.m. On the same date, Mr. Almanza was scheduled to appear in the Third Judicial District Court for the District of New Mexico in the matter of *State v. Elias Estrada*, D-307-JR-2012-00196 at 1:30 p.m.

    3.    Mr. Almanza believed that the hearing in *State v. Estrada* would be quite brief and did not anticipate a scheduling conflict with the Status Conference in this matter.

4. Mr. Almanza finished the hearing in *State v. Estrada* at 3:15 p.m. and immediately called the Court via his cell phone. Mr. Almanza was informed that the Court had adjourned in this matter.

5. Mr. Almanza was aware of the Order to Show Cause. He neglected to respond through inadvertence. Mr. Almanza accepts full responsibility for his actions.

6. As an officer of the Court, undersigned counsel states the following: Mr. Almanza and undersigned counsel are partners in the law firm Almanza Abrams, P.A. Undersigned counsel is familiar with Mr. Almanza's work on behalf of the Federal Court. A considerable portion of Mr. Almanza's practice is devoted to the CJA Panel. Mr. Almanza is seeking to shift his practice entirely to criminal defense. He is particularly interested in the opportunities the CJA Panel offers. Thus, Mr. Almanza's position on the CJA Panel is quite important to him both financially and professionally. He is understandably concerned that his failure to timely respond to the Court's Order to Show Cause may jeopardize his position on the Panel. Mr. Almanza is so concerned about retaining his position on the CJA Panel that he consistently underbills the Federal Court for the work he does. The fact that Mr. Almanza speaks Spanish also saves the Court a great deal of money as he does not require the services of an interpreter.

Mr. Almanza is devoted to the services he performs for the Federal Court and has consistently performed these services competently and professionally. Mr. Almanza's inadvertent failure to respond to the Order to Show Cause is out of character considering the competent representation he has provided to indigent defendants through his work on the CJA Panel. Mr. Almanza assures the Court that this error was an aberration which will not occur again.

7. The Court should refrain from entering sanctions against Mr. Almanza, reschedule the Rule 16 Status Conference and refrain from conveying title in the subject vehicle to the United States of America.

**WHEREFORE** Mr. Almanza respectfully requests that the Court enter an Order stating that he will not be sanctioned in this matter, that the Rule 16 Status Conference be rescheduled and that the title of the subject vehicle not be conveyed to the United States of America.

Electronically Filed,

**ALMANZA ABRAMS, P.A.**

 /s/    Jared Abrams_____
Jared Abrams
P.O. Box 1660
Las Cruces, New Mexico 88004
(575) 524-8312
(575) 526-6449 fax
*Attorney for Steven L. Almanza*


### CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of May, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Sarah M. Davenport
US Attorney's Office
District of New Mexico
555 S Telshor, Suite 300
Las Cruces, NM 88011

   /s/ *Jared Abrams*_____
Jared Abrams, Esq.